# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**CENTRAL PALM BEACH SURGERY CENTER, LTD.,** a Florida limited partnership, and its general partner, **CPBS MANAGEMENT, LLC,** a Florida limited liability company,
Appellants,

v.

**JP THERAPY HOLDINGS II LLC,** a Florida limited liability company,
Appellee.

No. 4D19-975

[March 26, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Meenu Sasser, Judge; L.T. Case No. 502016CA005583XXXXMB/AK.

Bennett S. Cohn of the Law Offices of Bennett S. Cohn, West Palm Beach, for appellants.

Steven M. Katzman and Craig Rubinstein of Katzman, Wasserman, Bennardini & Rubinstein, P.A., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***